IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Burt, Kenneth L | Case Number: 04 B 35828 |
|---|---|---|
| | Burt, Darlene L | Judge: Hollis, Pamela S |
| | Printed: 10/7/08 | Filed: 9/27/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 21, 2008
Confirmed: December 13, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 25,010.00 | |
| Secured: | | 6,240.19 |
| Unsecured: | | 15,208.04 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 1,349.16 |
| Other Funds: | | 12.61 |
| Totals: | 25,010.00 | 25,010.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,200.00 | 2,200.00 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 0.00 | 0.00 |
| 4. | Bank Of America | Secured | 6,240.19 | 6,240.19 |
| 5. | Jefferson Capital | Unsecured | 2,002.78 | 2,106.05 |
| 6. | Capital One | Unsecured | 730.95 | 768.65 |
| 7. | Resurgent Capital Services | Unsecured | 1,827.32 | 1,921.54 |
| 8. | World Financial Network Nat'l | Unsecured | 1,690.87 | 1,778.05 |
| 9. | ECast Settlement Corp | Unsecured | 1,275.03 | 1,340.78 |
| 10. | UCB Collection | Unsecured | 149.60 | 145.52 |
| 11. | ECast Settlement Corp | Unsecured | 5,604.98 | 5,893.99 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 1,192.00 | 1,253.46 |
| 13. | AT&T Broadband | Unsecured | | No Claim Filed |
| 14. | AT&T Wireless | Unsecured | | No Claim Filed |
| 15. | ADT Security Systems | Unsecured | | No Claim Filed |
| 16. | South Shore Hospital | Unsecured | | No Claim Filed |
| 17. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 18. | MCI Worldcom | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 22,913.72 | $ 23,648.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 198.25 |
| 4% | 48.80 |
| 3% | 18.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Burt, Kenneth L<br>Burt, Darlene L<br>Printed: 10/7/08 | Case Number: 04 B 35828<br>Judge: Hollis, Pamela S<br>Filed: 9/27/04 |

|  |  |
|---:|---:|
| 5.5% | 335.49 |
| 5% | 91.51 |
| 4.8% | 116.84 |
| 5.4% | 539.97 |
|  | _____ |
|  | $ 1,349.16 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____